## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MELDRUM REGINALD ALLEN,
aka "Solid,"

      Defendant.



Case: 4:24-cr-20080
Judge: Kumar, Shalina D.
MJ: Ivy, Curtis
Filed: 02-21-2024
SEALED MATTER (tt)

## INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE
### 18 U.S.C. § 922(g)(1); Felon in Possession of Ammunition

On or about March 23, 2023, in the Eastern District of Michigan,

MELDRUM REGINALD ALLEN, aka "Solid," knowing that he had been

convicted of a crime or crimes punishable by a term of imprisonment exceeding

one year, knowingly possessed, in and affecting commerce, ammunition, that is,

95 rounds of Winchester, Western .22 caliber ammunition, in violation of Title 18

U.S.C. § 922(g)(l).

## FORFEITURE ALLEGATION
18 U.S.C. §924(d); 28 U.S.C. §2461

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. §924(d)(1) and 28 U.S.C. §2461.  Upon conviction of the offense charged in Count One of this Indictment, MELDRUM REGINALD ALLEN, shall forfeit to the United States, any firearm and ammunition involved in or used in any knowing violation of 18 U.S.C. § 922 including but not limited to 95 rounds of Winchester, Western .22 caliber ammunition, in violation of 18 U.S.C. § 922(g)(l).

THIS IS A TRUE BILL.

*s/ Foreperson*
FOREPERSON

Dated:  February 21, 2024

DAWN N. ISON
United States Attorney


*s/ Nancy A. Abraham*
NANCY A. ABRAHAM
Assistant United States Attorney
2nd Floor Federal Building
600 Church Street
Flint, MI  48502
(810) 766-5177

*s/ Anthony P. Vance*
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

2

| United States District Court<br>Eastern District of Michigan | Criminal Case Cov | Case: 4:24-cr-20080<br>Judge: Kumar, Shalina D.<br>MJ: Ivy, Curtis<br>Filed: 02-21-2024<br>SEALED MATTER (tt) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it acc

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]: | |
| ☐Yes ☑No | AUSA's Initials: NAA |

**Case Title:**     USA v.  MELDRUM REGINALD ALLEN

**County where offense occurred:**     Genesee

**Offense Type:**     Felony

## Superseding Case Information

**Superseding to Case No:** _____     **Judge:** _____

**Reason:**

| Defendant Name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

February 21, 2024
Date

s/Nancy A. Abraham

Nancy A. Abraham
Assistant United States Attorney
600 Church Street
Flint, MI 48502
nancy.abraham@usdoj.gov
(810) 766-5177

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence.  Cases may be companion cases even though one of them may have already been terminated.